AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Harpool, Mark D. | 2. Court or Organization<br><br>United States District Court for the Western District of Mo | 3. Date of Report<br><br>08/01/2013 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☑ Nomination   Date 08/01/2013<br>☐ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>7/30/2013 |
|---|---|---|

**7. Chambers or Office Address**

1901-C S. Ventura
Springfield, Missouri 65804

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder/Director | Baird, Lightner, Millsap and Harpool P.C. |
| 2. | Member | BLMH Properties LLC |
| 3. | Member- Board of Directors | Springfield Metropolitan Bar Association. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Baird, Lightner, Millsap and Harpool P.C. - compensation | $450,548.00 |
| 2. | 2012 | Baird Lightner Millsap and Harpool P.C.-- compensation | $371,293.00 |
| 3. | 2013 | Baird, Lightner Millsap and Harpool P.C. -- compensaiton | $262,200.00 |
| 4. | 2011 | State of Missouri --retirement | $6,420.00 |
| 5. | 2012 | State of Missouri- retirement | $12,840.00 |
| 6. | 2013 | State of Missouri- retirement | $7,490.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Self employed- babysitting |
| 2. | 2013 | Self employed- babysitting |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 08/01/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Apple - common stock | C | Dividend | M | T | Exempt | | | | |
| 2. Bank of America common stock | A | Dividend | K | T | Exempt | | | | |
| 3. Core Mark - common stock | A | Dividend | J | T | Exempt | | | | |
| 4. American Capital Guaranty --common stock | C | Dividend | J | T | Exempt | | | | |
| 5. General Electric- common stock | B | Dividend | K | T | Exempt | | | | |
| 6. Google - common stock | A | Dividend | L | T | Exempt | | | | |
| 7. IBM - common stock | A | Dividend | K | T | Exempt | | | | |
| 8. JP Morgan common stock | B | Dividend | L | T | Exempt | | | | |
| 9. O'Reilly Automotive - common stock | A | Dividend | K | T | Exempt | | | | |
| 10. Sirius - common stock | A | Dividend | J | T | Exempt | | | | |
| 11. DFA Emerging Markets Portfolio | A | Dividend | J | T | Exempt | | | | |
| 12. DFA Emerging Markets Value Portfolio | A | Dividend | J | T | Exempt | | | | |
| 13. DFA Interenational Small Cap Value Fund | A | Dividend | J | T | Exempt | | | | |
| 14. DFA International Small Company Portfolio | A | Dividend | J | T | Exempt | | | | |
| 15. DFA International value Portfolio | A | Dividend | K | T | Exempt | | | | |
| 16. DFA U.S. Large Cap Value Portfolio | A | Dividend | K | T | Exempt | | | | |
| 17. DFA U.S. Micro Cap Portfolio | A | Dividend | J | T | Exempt | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,800
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 08/01/2013 |

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA U.S. Small Cap Portfolio | A | Dividend | J | T | Exempt | | | | |
| 19. DFA U.S. Small Cap Value Portfolio | A | Dividend | J | T | Exempt | | | | |
| 20. Dreyfus Greater China Fund | A | Dividend | J | T | Exempt | | | | |
| 21. Federated Intistutional High Yield Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 22. Federated Total Return Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 23. Hartford Capital Appreciation Fund | A | Dividend | L | T | Exempt | | | | |
| 24. Hartford Dividend and Growth Fund | A | Dividend | K | T | Exempt | | | | |
| 25. Hartford Healthcare Fund | A | Dividend | K | T | Exempt | | | | |
| 26. Hartford Midcap Fund | A | Dividend | K | T | Exempt | | | | |
| 27. Invesco Developing Markets Fund | A | Dividend | K | T | Exempt | | | | |
| 28. Invesco Energy Fund | A | Dividend | K | T | Exempt | | | | |
| 29. Invesco Small Cap Equity Fund | A | Dividend | J | T | Exempt | | | | |
| 30. PIMCO Commodity Real Return Strategy Fund | A | Dividend | J | T | Exempt | | | | |
| 31. PIMCO Foreign Bond (unhedged) Fund | A | Dividend | J | T | Exempt | | | | |
| 32. SPDR Dow Jones Global Real Estate (etf) | A | Dividend | J | T | Exempt | | | | |
| 33. Vanguard Developed Markets Index Fund | A | Dividend | K | T | Exempt | | | | |
| 34. Vanguard Growth Index Fund\ | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 8

Name of Person Reporting

Harpool, Mark D.

Date of Report

08/01/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguasrd S&P 500 Index ETF | A | Dividend | K | T | Exempt | | | | |
| 36. Vanguard Short Term Inflation -Protected Securities ETF | A | Dividend | J | T | Exempt | | | | |
| 37. Vanguard Short Term Investment Grade Fund | B | Dividend | K | T | Exempt | | | | |
| 38. Federated Ultra Short Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 39. Dreyfus General 696 MMKT Fund | A | Interest | J | T | Exempt | | | | |
| 40. Fidelity Cash Reserve Fund | A | Interest | J | T | Exempt | | | | |
| 41. Baird, Lightner Millsap and Harpool P.C. | | None | N | W | Exempt | | | | |
| 42. BLMH Properties LLC | D | Distribution | L | U | Exempt | | | | |
| 43. Bank of America Accounts- cash | A | Interest | K | T | Exempt | | | | |
| 44. Great Southern Bank account-cash | A | Interest | J | T | Exempt | | | | |
| 45. MOST 529 Plan- Moderate Age-Based Option Vanguard Growth | A | Dividend | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Name of Person Reporting

Harpool, Mark D.

Date of Report

08/01/2013

FINANCIAL DISCLOSURE REPORT

Page 7 of 8

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 49 | 765 | Notes payable to banks-secured (auto) | | 6 | 200 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 911 | 526 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 15 | 709 |
|   Due from relatives and friends | | 1 | 250 | Unpaid income tax | | | |
|   Due from others | | | | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable – see schedule | | 434 | 522 |
| Real estate owned -- see schedule | | 630 | 600 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
|   BLMH Properties, LLC (1/6 interest) | | 90 | 000 | | | | |
|   Baird, Lightner, Milsap & Harpool P.C. | | 300 | 000 | | | | |
| | | | | Total liabilities | | 456 | 431 |
| | | | | Net Worth | 1 | 576 | 710 |
| Total Assets | 2 | 033 | 141 | Total liabilities and net worth | 2 | 033 | 141 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 155 | 000 | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |